800-1983 A

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT

FOR THE __Eastern__ DISTRICT OF ARKANSAS

_____ DIVISION

CASE NO. __5:16CV357-JM__

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2016

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

I. Parties :

In items A below, place your <u>full</u> name, ADC #, and address in the spaces provided. Do the same for additional plaintiffs, if any.

A.) Name of plaintiff __Eddie Patrick Jr.__
ADC# __094049__
Address : __880 E. Gains St. Dermont, AR 71638__

Name of plaintiff __N/A__
ADC# __N/A__
Address : __N/A__

Name of plaintiff __N/A__
ADC# __N/A__
Address : __N/A__

In item B below, place the full name, official position, place of employment, and address in the spaces provided. Do the same for additional defendants, if any.

B.) Name of defendant : __Beverly Hills__
Position : __Detective__
Place of employment: __Pine Bluff Police Department__
Address : __P.O. Box 8963 Pine Bluff, AR 71611__

Name of defendant : __Joyce Wilburn Ford__
Position : __Victim__
Place of employment: __Unknown__
Address : __2104 Cherry St. Pine Bluff, AR 71611__

Name of defendant : __Kim Bridgeforth__
Position : __Prosecuting Attorny__
Place of employment: __Jefferson County Prosecuters Office__
Address : __101 W. Barraque St. Pine Bluff, AR 71601__

Name of defendant : __Karres D. Manning__
Position : __Prosecuting Attorny__
Place of employment: __Jefferson County Prosecuters Office__
Address : __101 W. Barraque St. Pine Bluff, AR 71601__

[1] This case assigned to District Judge __Moody__
and to Magistrate Judge __Volpe__

Name of defendant : N/A
Position : N/A
Place of employment: N/A
Address : N/A

Name of defendant : N/A
Position : N/A
Place of employment: N/A
Address : N/A

II. Are you suing the defendants in :

  A.) official capacity only
  (B.) personal capacity only
  C.) both official capacity and personal

III. Previous lawsuits

  A.) Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action ?  ☐ Yes  ☒ No

  B.) If your answer is **yes**, describe the lawsuit in the space below.
  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Parties to the previous lawsuit :

  Plaintiffs : N/A

  Defendants : N/A

  Court (if federal court, name the district; if state, name the county) :
  N/A

  Docket Number : N/A
  Name of judge to whom case was assigned : N/A

  Disposition : (for example : Was the case dismissed ? Was it appealed ?)
  N/A

  Approximate date of filing lawsuit : N/A
  Approximate date of disposition : N/A

IV. Place of present confinement : Dermont unit 880 E. gains St. Dermont, AR 71638

V. At the time of the alleged incident(s), were you : (Check the appropriate blank)

  ____ in jail and still awaiting trial on pending criminal charges;

  _X_ serving a sentence as a result of a judgment of conviction;

  ____ in jail for other reasons (e.g. alleged probation violation, etc. )

2

Explain: Currently incarcerated Due to A False Conviction.

VI. The prison litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each claims asserted in this complaint may result in the dismissal without prejudice of all claims raised in this complaint.

   A. Did you file a grievance or grievances presenting the facts set forth in this complaint ?   ☐ Yes  ☒ No

   B. Did you completely exhaust the grievance(s) by appealing to all levels within the Grievance procedure ?   ☐ Yes  ☒ No
   If **not**, why ? This Lawsuit Has Nothing to Do with The Arkansas Department of Corrections or their grievance system.

VII. Statement of Claim.

   State here, (as briefly as possible), the facts of your case. Describe how each Defendant is involved. Include also the names of other people involved, dates, and places. **Do not** give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

   I was convicted unlawfully in the Jefferson county Circuit Courts on a class y Felony. For Rape. I provided the courts with more than enough Evidence to prove my innocence. The courts ignored my Evidence and falsely convicted me. Evidence pertaining to my case was withheld and my Constitution Rights have been violated.

N/A

VIII. Relief :

State briefly exactly what you want the court to do for you. **Make no legal arguments. Cite no cases or statutes.** I want A re-trial. I want compensation for every day I've been detained on false charges and false accusations. I want compensation for all of the emotional distress I had to go thru, for all of the pain and suffering ... And because my constitutional Rights have been violated.

I declare under penalty of perjury, (18 U.S.C. § 1621) that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 15th day of November, 2016.

Respectfully Submitted,

[signature]

4

## CERTIFICATE OF SERVICE

I, __Eddie Patrick JR.__, the Petitioner herein, do hereby certify that on this __15th__ day of __November__, 20__16__, a copy of the foregoing was served on the following by placing in the US mail with sufficient postage affixed to ensure delivery to :

Pro Se Law Clerk
600 West Capitol, Suite 402
Little Rock, AR 72201-3325

_____
Petitioner, *Pro se*

**STATE OF ARKANSAS** )
)§
**COUNTY OF CHICOT** )

SUBSCRIBED AND SWORN TO BEFORE ME, a *Notary Public*, on this __15th__ day of __November__, 20__16__.

_____
Notary Public

My Commission Expires : __10-23-2018__

LENA L. KENNEDY
NOTARY PUBLIC-STATE OF ARKANSAS
CHICOT COUNTY
My Commission Expires 10-23-2018
Commission # 12368306